# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KENNETH LIPOVSKY,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | )<br>)   **7:03CV5023**<br>) |
| **TOM BLANCHARD and CAROL HOLT, d/b/a COUNCIL OF MOTORSPORTS CLUBS–ROCKY MOUNTAIN REGION, INC., and MICHAEL J. BAURES,** | )   **ORDER OF DISMISSAL**<br>)<br>)<br>)<br>) |
| **Defendants.** | )<br>) |

This matter is before the court on the plaintiff's MOTION TO DISMISS WITH PREJUDICE (#49). Being fully advised in the premises, the court finds that dismissal is appropriate. Pursuant to Fed. R. Civ. P. 41(a)(2),

**IT IS ORDERED:**

1. The MOTION TO DISMISS WITH PREJUDICE (#49) is granted.

2. This case is dismissed with prejudice as to each and every claim.

3. Each party shall pay its own costs and attorneys' fees unless otherwise agreed by the parties.

**DATED December 2, 2005.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**